# Exhibit E: January 2023 Shelter Beds

**TUCSON AREA EMERGENCY SHELTER BED AVAILABILITY**
**DAILY REPORT FOR 01/11/23**

This report provides tonight's emergency shelter bed availability as of 11am.
*Note: "Not Reported" means an agency did not submit their bed availability*
*"Not Reported" means an agency did not submit their availability for more than 3 consecutive times*

| Shelter Program | Bed/Unit Capacity | Beds/Units Available | Instructions to Refer/Access |
|---|---|---|---|
| Salvation Army Emergency (21 Day) | 67 | 2 top male<br>2 top female | Please call our intake desk at 10am daily for bed availability - 520- 448-5513. If a bed is available, your name will be placed on the list for that day, you may come to the Hospitality House between 2pm and 4:30pm to check in. Must have a valid picture ID, copies are not acceptable. Our 21-day program is currently available. |
| Salvation Army – Respite Shelter | 6 | 0 | Please call Respite CM at 622-5411.<br>*Updates will be reported only upon bed availability* |
| Salvation Army – Warming Hearts and Souls | 35 | 0 | **Program is called when temperatures drop to 40 degrees F with precipitation, or 35 degrees F. Intake is at 3pm when called. |
| OPCS-Low Demand Emergency Shelter LDS3 (785) Serves General Population | 13 beds | 1 male bed | Refer to OPCS outreach team (520) 546-0122<br>Provides housing for up to 90 days to single men and women in a low barrier housing setting so that they can stabilize and receive direct assistance in getting into permanent housing using a housing first philosophy. |
| OPCS-ESG 585 Emergency Shelter beds | 6 units | 0 | Refer to OPCS outreach team (520) 546-0122<br>Provides housing for up to 90 days to single men and women and/or families in a low barrier housing setting so that they can stabilize and receive direct assistance in getting into permanent housing using a housing first philosophy. |
| AZ DES-PC OPCS Emergency Shelter (559) | 2 units | 2bedroom available for family Or 4 individuals<br>3 male beds available | AZ DES-PC OPCS Emergency Shelter -Serves people referred through Sullivan Jackson who have a housing plan. |
| OPCS- LDS Families Shelter LDS3 (785) | 4 units | 2 bedroom family available | Refer to OPCS outreach team (520) 546-0122<br>Provides housing for up to 90 days to families in a low barrier housing setting so that they can stabilize and receive direct assistance in getting into permanent housing using a housing first philosophy. |
| OPCS-SFV 1 (ES) (215) SFV 2 LD (SH) (632) Serves Veterans | 18 beds | 0 | Eligibility is assessed and referrals are made through the Southern AZ VA Healthcare System. Contact 520-629-4884 |

| | | | |
|---|---|---|---|
| OPCS-Contracted Emergency Residential Shelter/CERS(ES) (202) Serves Veterans | 18 beds | 0 | Eligibility is assessed and referrals are made through the Southern AZ VA Healthcare System. Contact 520-629-4884 |
| Sister Jose Women's Center | 38 | Not Reported | Intakes are on Tuesday and Friday from 9am to noon and must be done in person. |
| Our Family Services Reunion House (youth ages 12-17) | 20 | 2 | Unaccompanied youth ages 12-17, go to any Safe Place, or call 520-320-5122 (24/7) |
| Our Family Services Youth (Ages18-24) & Family Shelter | 15 (11 family, 4 youth) units | 0 | Must complete a VI-SPDAT with a CE access point for shelter referral. Immediate shelter placement is not available.<br>To access services through OFS, contact (520)323-1708, M-F 9 AM-4 PM. To access through another Access Point, visit tpch.net/coordinated entry |
| Gospel Rescue Mission Center of Opportunity | 350 | 10 | Present in person at Center of Opportunity, 4550 S Palo Verde Rd by 8:00 a.m. Monday - Thursday. Phone: 520-740-1501. Recommend coming before 8:00 a.m. since check-in is on a first come, first-serve basis. Services are program-based. Guests are encouraged to choose programs for their specific needs. |
| Primavera Men's Shelter | 80 | 5 | Call (520) 623-4300 M-F between 8-9am to be screened for eligibility by staff. Intakes are scheduled and processed on a First come, first serve basis. Intakes are completed between 9-11am only. COVID-19 Rapid test completed at entry, single men only, low barrier setting, 40 military style bunk beds in dorm environment, 5 intakes maximum per day, 2 walk-ups accepted daily. Up to a 90-day shelter stay. Availability subject to change. |
| Primavera Casa Paloma Women Shelter Program | 9 | 4 | Contact (520) 882-0820 M-F from 9-3pm to be screened for eligibility by staff. Intakes are scheduled and processed on a first come, first serve basis. A waiting list is retained. You can also be referred through the HIP Drop-In center located at the Primavera Resource Center (702 S 6th Ave. Tucson, AZ 85701). They are open M, W, TH, F from 9AM-12:30pm. Closed on Tuesdays and Holidays. COVID-19 Rapid test to be completed at entry, single women only, must have valid photo ID. Up to a 90-day shelter stay, set up as semi-independent living. Availability subject to change. |
| Community Bridges Oracle | 25 | Not Reported | Please call 520-539-8993 |
| Desert Cove Shelter | 29 | 0 | Call the shelter at 520-347-5715 to add participant to waiting list. |
| Community Bridges Toole | 34 | Not Reported | Referral Request |
| City of Tucson NoTel | 20 | 0 | Email Allison Chappell at Allison.chappell@tucsonaz.gov for further information |
| City of Tucson Wildcat Inn | 70 | 0 | Email Allison Chappell at Allison.chappell@tucsonaz.gov for further information |

This document is prepared by reports from the shelter provider. If you're a community member and believe there are inaccuracies in the shelter report, please directly contact the shelter provider. If you are a shelter provider and identify inaccuracies in the report, please contact TPCH@tucsonaz.gov

## What is a Point in Time Count?

## Basics of the Count