# Exhibit H: Declaration of Elizabeth Casey

# IN THE FEDERAL DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Community on Wheels, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> City of Tucson, <br><br> Defendant. | **SWORN DECLARATION OF ELIZABETH CASEY** |

1. My name is Elizabeth Casey. I am over the age of 18, am of sound mind, and am competent to make this declaration. I submit this declaration under oath, under penalty of perjury, pursuant to 28 U.S.C. § 1746.

2. I am a community coordinator of a citizen's group called Community Care Tucson.

3. Community Care Tucson is a community-led organization that provides life-sustaining supplies, human connection, and dignity to our unhoused neighbors.

4. Community Care Tucson was formed in 2020 in response to the housing insecurity that resulted from the COVID-19 pandemic.

5. We individual members of Community Care Tucson joined together by mutual consent for the purpose of showing our unhoused neighbors that they deserve care, compassion, dignity and safety. We still operate with that common purpose today.

1

6. Community Care Tucson volunteers take on many roles. This includes: networking to find donated food, hygiene products, clothes, blankets, and first aid supplies; picking up donated goods; buying additional supplies; setting up for weekly distribution events at Armory Park; recruiting new volunteers; and fundraising.

7. In 2020, our organization began hosting weekly events at the Ronstadt Transit Station. In June 2021, we moved the weekly events to Armory Park. At these events, we distribute meals and other necessities to our unhoused neighbors.

8. As the members of Community Care Tucson saw local rents increase, we also took on advocacy efforts. Toward that end, we educate Tucsonan about policies that affect our unsheltered neighbors. We encourage Tucsonans to contact their elected leaders to voice their concerns around housing houselessness issues.

9. On Thursday, January 12, 2023, I first learned that the City of Tucson intended to "sweep" houseless persons from Santa Rita Park and Armory Park. Within 24 hours, I spoke with a handful of the members of our association. We made plans to join with another community organization to promote two protests in direct response. On January 14, 2023, our group participated in a protest at Santa Rita Park. On January 24, 2023, our group will co-lead a second protest at Tucson City Court.

10. In preparation for these two protests, members of our association had to spend money on protest supplies. Additionally, members of our association volunteered their time to craft hand-made protest signs, make social media posts, send emails, send text messages, and make phone calls to maximize the participation at these protests.

Absent these planned actions by the City of Tucson, our members would have spent that time and money to provide direct assistance to our unhoused neighbors. Consequently, the planned actions of the City of Tucson have diverted scarce resources from our core organizational mission.

11. If the City of Tucson succeeds in its plans to sweep Armory Park and/or Santa Rita Park of houseless individuals, they will be forced to scatter to smaller and more remote areas of the city. This, in turn, will make it more costly and more difficult for our association to achieve its mission. If the City of Tucson succeeds in its plans, our association will expend additional efforts in locating our unhoused neighbors. Additionally, our organization may not be able to find some of our most vulnerable neighbors, such as elderly individuals, and people with physical or mental disabilities, in order to provide them with life-sustaining supplies.

12. Based on my conversations with unsheltered individuals, parks are currently one of the safest places for them to be and to sleep. If the parks were swept and people were forced to go to more secluded locations, it would put them in more danger, especially women and people with disabilities. In the parks, if someone is being attacked or having a medical emergency, they can more easily seek help. For example, during one of our weekly park events, our group called an ambulance for an elderly woman who was shaking from cold. If she had experienced that medical emergency in a secluded outdoor space, she may have not found anybody to assist her.

13. I am well acquainted with one unsheltered individual who I met in 2020 and who has been coming to Community Care Tucson distributions consistently since 2020. Over the years, I have learned that he has been homeless in Tucson for about 45 years. Police officers have cited him for being in the park after hours on numerous occasions. In particular, he was cited for this offense as recently as November 2022. *See Attachment to Elizabeth Casey Declaration.* I saw this individual at Santa Rita Park on January 14, 2023 and he is currently sleeping at Santa Rita Park.

I declare under penalty of perjury that the foregoing is true and correct.

 /s Elizabeth Casey_____

Elizabeth Casey

Executed this  15th\_\_\_\_  day of January, 2023.

4

# Addendum to Declaration of Elizabeth Casey


**CITY OF TUCSON**          C**ITY** C**OURT**                    CASE SUMMARY

| | |
|---|---|
| **Case Number:** ▇▇▇▇▇▇▇▇▇ | **Judge:** SURHIO |
| | **TCC Court Case #:** ▇▇▇▇▇▇▇▇ |
| **ST OF AZ VS** ▇▇▇▇▇▇▇▇ | **LEA Case#:** ▇▇▇▇▇▇ |
| | **Case Status:** PRE-ADJUDICATION |

### DEFENDANT INFORMATION

| | | |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | **DOB:** ▇▇▇▇▇ | **Sex:** ▇ |
| TUCSON, ARIZONA, 85713 | **License State:** | |

### VEHICLE DESCRIPTION

| | | |
|---|---|---|
| License Plate: | Vehicle Year: | Style: |
| License Plate State: | Make: | Color: |
| | Model: | |

### ALIAS INFORMATION

| Name | DOB | SSN | License # | License State |
|---|---|---|---|---|
| No Alias Information | -- | -- | -- | -- |

### CHARGE/CITATION DETAIL

**Offense Location:**

| Ct | Citation# | Date | Charge Code / Description | Disposition |
|---|---|---|---|---|
| 1 | ▇▇▇▇▇ | 9/3/2020 | TC21-3.7.3 PARKS-CLOSED AREA/HOURS | 56-FTA WARRANT ISSUED |
| 1 | ▇▇▇▇▇ | 9/3/2020 | TC21-3.7.3 PARKS-CLOSED AREA/HOURS | 60-DEF APPEARS/FTA SATISFIED |

**VICTIM'S RIGHTS:** UNKNOWN if the offense(s) are,or are materially related to, a Victim's Rights applicable offense,i.e, it is a felony or it is a misdemeanor involving physical injury, the threat of physcial injury, or it is a sexual offense.

**BALANCE OWED:** ▇▇▇▇▇▇▇▇

| Description: | Balance: |
|---|---|
| | **TOTAL: $0** |

### REGISTER OF ACTION FOR CASE: ▇▇▇▇▇▇▇▇

| Date | Seq | Description | Amount | Comments |
|---|---|---|---|---|
| 9/4/2020 | 1 | Case Initiated - | | |
| 9/4/2020 | 3 | Complaint Efiling Accepted for Complaint Type =ATTC | | |
| 9/4/2020 | 4 | ARRAIGNMENT SCHEDULED ON 09/30/2020 AT 8:30AM IN CRT RM 2 - ARRMS | | |

**FOR REFERENCE ONLY - NOT TO BE CONSIDERED A COMPLETE RECORD**



| **CITY OF TUCSON** | C<small>ITY</small> C<small>OURT</small> | **CASE SUMMARY** |
|---|---|---|

**Case Number:** ▮▮▮▮▮▮▮▮▮▮▮▮  **Judge:** SURHIO

**ST OF AZ VS** ▮▮▮▮▮▮▮▮▮▮▮▮

**TCC Court Case #:** ▮▮▮▮▮▮▮▮▮▮▮▮
**LEA Case#:** ▮▮▮▮▮▮▮▮
**Case Status:** PRE-ARRAIGNMENT

### DEFENDANT INFORMATION

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  **DOB:** ▮▮▮▮▮▮  **Sex:** ▮
TUCSON, ARIZONA, 857012600  **License State:**

### VEHICLE DESCRIPTION

| License Plate: | Vehicle Year: | Style: |
| License Plate State: | Make: | Color: |
|  | Model: |  |

### ALIAS INFORMATION

| Name | DOB | SSN | License # | License State |
|---|---|---|---|---|
| No Alias Information | -- | -- | -- | -- |

### CHARGE/CITATION DETAIL

**Offense Location:**

| Ct | Citation# | Date | Charge Code / Description | Disposition |
|---|---|---|---|---|
| 1 | ▮▮▮▮▮▮ | 11/16/2022 | TC21-3.7.3 PARKS-CLOSED AREA/HOURS |  |

**VICTIM'S RIGHTS:** UNKNOWN if the offense(s) are,or are materially related to, a Victim's Rights applicable offense,i.e, it is a felony or it is a misdemeanor involving physical injury, the threat of physcial injury, or it is a sexual offense.

**BALANCE OWED:** ▮▮▮▮▮▮▮▮▮▮

| Description: |  | Balance: |
|---|---|---|
|  |  | **TOTAL: $0** |

### REGISTER OF ACTION FOR CASE: ▮▮▮▮▮▮▮▮▮▮

| Date | Seq | Description | Amount | Comments |
|---|---|---|---|---|
| 11/16/2022 | 1 | Case Initiated - |  |  |
| 11/16/2022 | 3 | Complaint Efiling Accepted for Complaint Type =ATTC |  |  |
| 11/16/2022 | 4 | ARRAIGNMENT SCHEDULED ON 11/29/2022 AT 8:30AM IN CRT RM 2 - ARRMS |  |  |
| 11/29/2022 | 8 | ARRAIGNMENT RESCHEDULED TO 12/07/2022 AT 9:30AM IN JUDGE SURHIO - |  |  |

**FOR REFERENCE ONLY - NOT TO BE CONSIDERED A COMPLETE RECORD**