IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Community on Wheels, et al., | No. CV-23-00029-TUC-SHR |
| Plaintiffs, | **Order to Show Cause** |
| v. | |
| City of Tucson, | |
| Defendant. | |

On January 18, 2023, Plaintiffs served their Complaint on Defendant.  (Doc. 6.)

On January 30, Plaintiffs filed a "Motion for Temporary Restraining Order or, In the Alternative, for a Preliminary Injunction."  (Doc. 13.)

On February 6, the parties stipulated to allow Plaintiffs to file an amended complaint on or before February 10.  (Doc. 14.)  The next day, the Court granted the stipulation and ordered: "Plaintiffs may file a First Amended Complaint on or before Friday, February 10, 2023." (Doc. 15.)  The Court further ordered: "if Plaintiffs inform Defendant that they will not be filing a First Amended Complaint, then Defendant shall file a response to Plaintiff's original Complaint (Doc. 1) within one week of receiving notice that Plaintiffs are not filing a First Amended Complaint." (*Id.*)

Nothing has been filed since the Court's February 7, 2023 Order.  Plaintiffs never filed a First Amended Complaint, and Defendants have not answered the original Complaint, responded to Plaintiff's Motion for Temporary Restraining Order/Preliminary

Injunction, or made an appearance in the record. Because nothing has been filed in more than six months, the Court orders Plaintiffs to show good cause why this case should not be dismissed. *See* LRCiv 41.1; *see also Fidelity Philadelphia Trust Co. v. Pioche Mines Consolidated, Inc.*, 587 F.2d 27, 29 (9th Cir. 1978) (it is claimant's duty to prosecute claims).

Accordingly,

**IT IS ORDERED** Plaintiffs shall file a notice **on or before Thursday, August 31, 2023** demonstrating why this case should not be dismissed.

Dated this 24th day of August, 2023.

Honorable Scott H. Rash
United States District Judge