# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# TUCSON DIVISION

Community on Wheels, *et al.,*

    Plaintiffs,

v.

City of Tucson, *et al.;*

    Defendants.

No: CV-00029-SHR

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 (a)(1)**

Plaintiffs, through Counsel undersigned, and pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, file the following Notice of Voluntary Dismissal of this action. As permitted by Rule 41 (a) (1), Plaintiffs file this Notice prior to opposing party filing an answer or responsive pleading.

Respectfully submitted this 31st day of August 2023.

Paul Gattone
Arizona Bar # 012482
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, AZ 85701
(520) 623-1922
*Attorney for Plaintiffs*

1